IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORDAN DEAN WENHOLD,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-CV-1513** |
| : | |
| **LT. BROOKE LYNN ALBERT** : | |
| **LOANE GAGLIONE,** *et al.* : | |
| Defendants. : | |

**ORDER**

AND NOW, this 26th day of February, 2024, upon consideration of Plaintiff Jordan Dean Wenhold's Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum. Wenhold's malicious prosecution claim is **DISMISSED WITHOUT PREJUDICE** to reassertion in a new civil action in the event the pending charges ultimately resolve in his favor. Wenhold's remaining claims are **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**